**Opinion filed December 2, 2010**



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00214-CV

_____

## IN THE INTEREST OF B.J.R.T., A CHILD

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-125,918**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. Appellant states that the parties have come to an agreement and that he no longer desires to pursue the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

December 2, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.